# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**　　　Telephone: (518) 449-2043　　　For payments Only:
**Trustee**　　　Facsimile: (518) 449-2473　　　P.O Box 1918
**Bonnie Baker, Esq.**　　　　　　　　　Memphis, TN 38101-1918
**Assoc. Attorney**

November 4, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:　05-13018　　　Lynn M. Hayman

To Whom It May Concern:

　　Enclosed please find check #818937 in the amount of $212.13. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

　　Claim No.　　　16

　　Account#　　　6697

　　Creditor　　　Data Processing Center
　　　　　　　　POB 1173
　　　　　　　　Pt. Ewen, NY 12466

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

FILED
NOV 07 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY